IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  v.<br><br>CAESAR DICRECCHIO,<br>a/k/a "Sonny" | CRIMINAL NO. 21-83 |

### ORDER

**AND NOW,** this 29th day of May 2025, upon consideration of Defendant Caesar DiCrecchio's counseled Motion for Reduction of Sentence and the government's response thereto, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's Motion [Doc. No. 43] is **DENIED without prejudice**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**